**SLOTE, LINKS & BOREMAN, LLP**
Robert D. Links (SBN 61914) (bo@slotelaw.com)
Adam G. Slote, Esq. (SBN 137465 ) (adam@slotelaw.com)
Marglyn E. Paseka (SBN 276054) (margie@slotelaw.com)
1 Embarcadero Center, Suite 400
San Francisco, CA 94111
Phone: 415-393-8001
Fax:    415-294-4545
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAL-PAC RANCHO CORDOVA, LLC, dba PARKWEST CORDOVA CASINO; CAPITOL CASINO, INC.; LODI CARDROOM, INC. dba PARKWEST CASINO LODI; and ROGELIO' S, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; RYAN ZINKE, in his official capacity as Secretary of the Interior; and MIKE BLACK in his official capacity as Acting Assistant Secretary of the Interior – Indian Affairs, <br><br> Defendants. | No. 2:16-CV-02982-TLN-AC <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE AMENDED PRETRIAL SCHEDULING ORDER** <br><br> **Modified From Submitted Version** |

After considering plaintiffs' unopposed motion to modify the Amended Pretrial Scheduling Order,

IT IS HEREBY ORDERED THAT:

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE AMENDED PRETRIAL SCHEDULING ORDER**
1

Plaintiffs' motion to modify the Amended Pretrial Scheduling Order is GRANTED.

The briefing schedule for the Motion to Supplement the Record is modified as follows:

- Notice of Motion and Motion to Supplement the Record due August 24, 2017
- Opposition to Motion to Supplement due September 28, 2017 (35 days later)
- Reply Brief due October 12, 2017 (14 days later)
- **Hearing on the Motion to Supplement is set for October 19, 2017, at 2:00 p.m.**

IT IS FURTHER ORDERED THAT:

The schedule for the Cross Motions for Summary Judgment will be as follows:

- Plaintiffs' Motion for Summary Judgment and Memorandum is Support – due 45 days after the Court decides Plaintiffs' Motion to Supplement;
- Defendants' Cross-Motion for Summary Judgment and Combined Memorandum in Support and in Opposition to Plaintiffs' Motion – due 45 days later;
- Plaintiff's Reply in Support of their Motion and Opposition to Defendants' Cross-Motion – due 30 days later;
- Defendants' Reply on their Motion – due 30 days later;
- Hearing on Cross Motions – 45 days after completion of briefing.

Dated: August 17, 2017

Troy L. Nunley
United States District Judge