JEFFREY H. WOOD
Acting Assistant Attorney General

JUDITH RABINOWITZ (Alaska State Bar No. 8912094)
Indian Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6486
judith.rabinowitz2@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAL-PAC RANCHO CORDOVA, LLC, dba PARKWEST CORDOVA CASINO; CAPITOL CASINO, INC.; LODI CARDROOM, INC. dba PARKWEST CASINO LODI; and ROGELIO'S INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; RYAN ZINKE, in his official capacity as Secretary of the Interior; and MICHAEL S. BLACK in his official capacity as Acting Assistant Secretary – Indian Affairs, <br><br>Defendants. | Case No.  2:16-cv-02982-TLN-AC <br><br>**FEDERAL DEFENDANTS'** <br>**NOTICE OF RECENT AUTHORITY** |

Federal Defendants the United States Department of the Interior, Ryan Zinke, Secretary of the United States Department of the Interior, Mike Black, Acting Assistant Secretary-Indian Affairs hereby notify the Court of a recent Order issued by Judge Ishii in *Club One Casino, Inc.*

*Fed. Defs.' Notice of Recent Authority*            1

*et al. v. United States Department of the Interior et al.*, Case No. 1:16-cv-01908-AWI-EPG. A copy of the Order is attached hereto.

As in the instant lawsuit (*see* ECF No. 22), the Club One plaintiffs moved to supplement the Administrative Record of Secretarial Procedures issued for a federally recognized Tribe (the North Fork Rancheria of Mono Indians). Judge Ishii's attached Order sets forth the bases for denial of that motion including rejecting plaintiffs' rationale for supplementation. The Order is directly relevant to the nearly identical Motion to Supplement the Administrative Record of Secretarial Procedures issued for the Estom Yumeka Maidu Tribe of the Enterprise Rancheria currently pending before this Court.

DATED this 1st day of December, 2017

    Respectfully submitted,

    JEFFREY H. WOOD
    Acting Assistant Attorney General

    /s/ Judith Rabinowitz

    JUDITH RABINOWITZ
    United States Department of Justice
    Environment & Natural Resources Division
    Indian Resources Section
    Attorneys for Federal Defendants

Of Counsel:
John Hay
Andrew S. Caulum
Office of the Solicitor - Division of Indian Affairs
U.S. Department of the Interior
Washington, D.C.