**SLOTE, LINKS & BOREMAN, LLP**
Robert D. Links (SBN 61914) (bo@slotelaw.com)
Adam G. Slote, Esq. (SBN 137465 ) (adam@slotelaw.com)
Marglyn E. Paseka (SBN 276054) (margie@slotelaw.com)
1 Embarcadero Center, Suite 400
San Francisco, CA 94111
Phone: 415-393-8001
Fax:    415-294-4545

Attorneys for Plaintiffs

ERIC GRANT
Deputy Assistant Attorney General

JUDITH RABINOWITZ (Alaska State Bar No. 8912094)
Indian Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6486
Email: judith.rabinowitz2@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAL-PAC RANCHO CORDOVA, LLC, dba PARKWEST CORDOVA CASINO; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; et al., <br><br> Defendants. | No. 2:16-CV-02982-TLN-AC <br><br> **ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE FOR SUMMARY JUDGMENT** |

Based on the parties' joint motion, and good cause otherwise appearing, the Court hereby modifies the summary judgment briefing schedule set forth in ECF No. 21, and orders that the schedule be changed as follows:

- Plaintiffs' Motion for Summary Judgment and Memorandum in Support is due by May 13, 2019;
- Defendants' Cross-Motion for Summary Judgment and Combined Memorandum in Support and in Opposition to Plaintiffs' Motion is due by July 12, 2019;
- Plaintiff's Reply in Support of their Motion and Opposition to Defendants' Cross-Motion is due 30 days later;
- Defendants' Reply on their Motion is due 30 days later; and
- Hearing on Cross Motions will be held 45 days after completion of briefing.

Dated: March 18, 2019

_____
Troy L. Nunley
United States District Judge

*Cal-Pac Cordova LLC, et al. v. United States Department of the Interior, et al.*
Case No. 2:16-CV-02982-TLN-AC
**ORDER GRANTING JOINT MOTION TO MODIFY BREIEFING SCHEDULING FOR SUMMARY JUDGMENT**
2