1 | **SLOTE, LINKS & BOREMAN, LLP**
Robert D. Links (SBN 61914) (bo@slotelaw.com)
2 | Adam G. Slote (SBN 137465) (adam@slotelaw.com)
Marglyn E. Paseka (SBN 276054) (margie@slotelaw.com)
3 | 1 Embarcadero Center, Suite 400
San Francisco, CA 94111
4 | Phone: 415-393-8001
Fax:    415-294-4545
5 |
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAL-PAC RANCHO CORDOVA, LLC, dba PARKWEST CORDOVA CASINO; CAPITOL CASINO, INC.; LODI CARDROOM, INC. dba PARKWEST CASINO LODI; and ROGELIO'S INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and TARA SWEENEY in her official capacity as Assistant Secretary of the Interior – Indian Affairs, <br><br> Defendants. | No. 2:16-CV-02982-TLN-AC <br><br> **NOTICE TO RESCHEDULE HEARING FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br><br> Date: October 31, 2019 <br> Time: 2:00 p.m. <br> Location: <br> Courtroom 2, 15th Floor <br> Robert T. Matsui United States Courthouse <br> 501 I Street <br> Sacramento, CA 95814 |

---

*Cal-Pac Cordova LLC, dba Parkwest Cordova Casino v. United States Department of the Interior, et al.*
**Case No. Case No. 2:16-CV-02982-TLN-AC**
NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT                                    1

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE on October 31, 2019 at or after 2:00 p.m. in Courtroom 2, 15th Floor of the above titled court, plaintiffs hereby move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 260, and this court's Amended Pretrial Scheduling Order and subsequent modifying orders (ECF 17, 21, 30) on the ground that the defendants have acted illegally under the Indian Gaming Regulatory Act ("IGRA," 25 U.S.C. § 2701, *et seq*.) and the Tenth Amendment in issuing Secretarial Procedures that purport to authorize Nevada-style casino gambling within the State of California on the subject property described in plaintiffs' complaint ("the Yuba Parcel") that remains subject to California's territorial jurisdiction.

Plaintiffs specifically move for summary judgment on their causes of action as follows:

1. On the first claim, that the court declare that defendants acted in excess of their statutory authority in issuing the Secretarial Procedures because neither the United States, nor the Enterprise Tribe, has acquired territorial jurisdiction over the Yuba Parcel as required by IGRA, 25 U.S.C. § 2701(d), as well as on the independent ground that the California Governor's purported concurrence under 25 U.S.C. § 2719 has been withdrawn or otherwise vitiated, prior to final federal administrative action, by the state Legislature's failure to ratify a compact for the subject casino project;

2. On the second claim, that the court declare that any purported shift in territorial jurisdiction over the subject property without the express cession or other appropriate consent by the State of California violates the Tenth Amendment to the United States Constitution;

3. On the third claim, that the court declare that the Secretarial Procedures contravene IGRA because they are inconsistent with state law, and specifically Article IV, section 19(f) of the California Constitution, which requires a compact before casino gambling can be authorized;

4. On the fifth claim, for an injunction or other appropriate order setting aside defendants' Secretarial Procedures and requiring defendants to withdraw their approval of Class III gaming on the Yuba Parcel.

5. For such other and further relief as may be proper.

Plaintiffs' motion is based upon this notice, as well as plaintiffs' memorandum of law, the declarations of John Park, Rogelio Garcia, Clarke Rosa and Robert D. Links, and plaintiffs' proposed order, all of which are filed and served concurrently with this notice, as well as upon the administrative record lodged with the court, and other factual information that has been presented previously, as well as such other information as the court may consider in connection with this motion.

WHEREFORE plaintiffs request that the court enter judgment in their favor, and against defendants, declaring that the Secretarial Procedures issued with respect to the Enterprise Tribe and the Yuba Parcel are null and void and without legal effect, and that the court enjoin the operation of a Nevada-style gambling casino on the Yuba Parcel.

Dated: May 13, 2019

**SLOTE LINKS *&* BOREMAN, LLP**

By: _____
          Robert D. Links
          Attorneys for Plaintiffs